# UNITED STATES DISTRICT COURT
## District of Minnesota

Rosa Florinda Llangari Tenecora,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-807 (KMM/DTS)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Rosa F.L.T.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.
2. The Court **DECLARES** that Rosa F.L.T. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Rosa F.L.T. in Minnesota, **with all of her personal effects seized during her arrest, including but not limited to immigration paperwork, and without conditions**.
4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 5:00 PM on Monday, February 2, 2026**, certifying that Rosa F.L.T. has been released. If Rosa F.L.T. has not been released by that time, then Respondents shall advise the Court about the reasons her release has not occurred, and the specific steps Respondents are undertaking to ensure her immediate release in Minnesota.

Date: 2/2/2026

KATE M. FOGARTY, CLERK